**Opinion issued June 18, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00201-CV

————————————

**COTTON LOGISTICS, INC., Appellant**

**V.**

**SCHLUMBERGER TECHNOLOGY CORPORATION, Appellee**

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-83104**

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss its appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant appellant's motion and dismiss its appeal. *See* Tex. R. App. P. 42.1(a)(1).  We also dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.